Slip Op. 10-21

UNITED STATES COURT OF INTERNATIONAL TRADE

_____
                                              :
PEERLESS CLOTHING INTERNATIONAL, INC., :
                                              :
                        Plaintiff,            :
                                              :   Before:      WALLACH, Judge
        v.                                    :   Court No:    03-00537
                                              :
UNITED STATES,                                :
                                              :
                        Defendant.            :
_____:

## ORDER AND JUDGMENT

Upon consideration of U.S. Customs and Border Protection's ("Customs") Remand Decision in this action ("Remand Decision"), which Defendant filed pursuant to the court's Order and Judgment dated January 13, 2009, and Plaintiff's Response to Defendant's Remand Decision, in which Plaintiff states that it has "no objection to the remand"; Plaintiff having requested that the court ". . . issue an Order directing [Customs] to reliquidate the entries that are the subject of this action in accordance with this Court's determination in Slip. Op. 09-04 (Jan. 13, 2009) and the Remand Decision, and issue duty refunds to plaintiff with interest as required by law"; the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that the Remand Decision is consistent with the court's determination in Slip Op. 09-04; and it is further

ORDERED, ADJUDGED and DECREED that the Remand Decision is AFFIRMED; and it is further

ORDERED, ADJUDGED and DECREED that Customs shall reliquidate the entries that are the subject of this action in accordance with the court's determination in Slip Op. 09-04 and the Remand Decision, and issue duty refunds to Plaintiff with interest as required by law.


                                        __/s/ Evan J. Wallach____
                                        Evan J. Wallach, Judge

Dated: March 2, 2010
       New York, New York